United States District Court
Southern District of Texas
**ENTERED**
October 31, 2017
David J. Bradley, Clerk

# HEARING MINUTES

Cause No:       3:16-CV-32

Style:          UNICAT SERVICES LLC, *et al vs.* BLOOM ENERGY CORPORATION

Hearing Type:   Docket Call

Appearances:

| **Counsel** | **Representing** |
|---|---|
| Stephen Lundwall | Unicat Services LLC and Unicat Catalyst Technologies, Inc. |
| Michelle Hartmann<br>Seth Reich<br>Tom Kruz | Bloom Energy Corporation, |

Date:  October 31, 2017            ERO:  Andy Gould
Time:  9:46 AM  -  11:30 AM        Case Manager:  Susan Gram

At the hearing, the following rulings were made:

1. Docket Call held.

2. Bloom's Motion for Leave to Amend its Trial Witness List (Dkt [149]) is **GRANTED**.

3. Plaintiff's Daubert Challenge and Motion to Preclude Opinions of Todd Shoettelkotte, Bloom Damages Expert (Dkt [117]) is **DENIED**.

4. Sealed Event (Dkt [100]).  Motion is **DENIED**.

5. Plaintiffs' Motion to Strike Bloom's October 23, 2017 Amended Trial Exhibit List, etc (Dkt [157]) is **DENIED**.

6. Plaintiffs' and Defendants' Motions in Limine are taken under advisement, except where the parties have agreed.  (Dkt [127] and [132]).

7. The Parties are put on notice regarding the scope of the trial and the Court's trial procedures, as stated on the record.

8. The Defendant may file a one page letter regarding the statute of fraud issue.

SIGNED at Galveston, Texas, this 31st day of October, 2017.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge