United States District Court
Southern District of Texas
**ENTERED**
November 13, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNICAT SERVICES LLC, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-032 |
| | § | |
| BLOOM ENERGY CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER AND FINAL JUDGMENT

Before the Court is the Parties' Joint Agreed Motion to Dismiss with Prejudice. Dkt. 172. Having considered the Motion, the docket in this case, and the fact the Parties have settled their claims asserted in this case, the Court hereby **GRANTS** the Motion.

It is therefore **ORDERED** that all claims and counterclaims asserted and all issues presented in this case by all Parties are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that each Party shall bear its own attorney's fees and costs.

Any other relief not expressly granted herein is **DENIED**.

All pending motions are hereby **DENIED as moot**.

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 13th day of November, 2017.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge